942 A.2d 893

Anthony OLIVER, Sr., Administrator of the Estate of Anthony Daniel Oliver, Jr., Deceased, and Anthony Oliver, Sr., and Sherree Goode, in their Own Right, Respondents

v.

LOU'S OF UPPER DARBY, INC. and Phoenix Arms

Petition of Phoenix Arms.

No. 151 EM 2006.

Supreme Court of Pennsylvania.

Feb. 13, 2008.

## ORDER

PER CURIAM.

Application for Relief

**AND NOW,** this 13th day of February, 2008, the Application for Relief is **DENIED.**

Justice McCAFFERY dissents.